Dear Clerk

RE: 20-cv-1728-REB
RE: Criminal Complaint #?

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
April 20, MMXX one"
APR 27 2021
MITCHELL R. ELFERS
CLERK/mn
21cv387 JB/JHR

Once again my civil rights have been violated in a criminal sense this time by a night watchman by the name Ramirez working in his "Personal Capicity."

① This staff named Ramariez working for "Luna County Corection Center" wrote up an incident Report on me Rodolfo Rodriguez for covering up my "Night Light" during the night hour's. This was done at the behest of inmate by the name Domingez. This "Duo" of staff/inmate conspiracy on another inmate, me "Rodriguez", is a violation of my civil rights. deprivation of Right's under the color of law. Call's for "Jail Time" and this staff must be stoped from coming to work for the sole purpose of entertainment and Puting others at Risk as well as Risking the Security and orderly runing of this facility

② I my 13 yrs of doing time I have never seen an inmate forced to shower in Hand Cuffs and Afterwords Full Restraints in A day Room This violation of the 8th Amendment is truly curel and especial unusual punisment

③ I my last 90 day in Seg. (SHU) I have noticed that inmates are beat down by more then one inmate come to Seg. And are giving an

(1)

Incident Report for "Refusing Housing". All along other's are Rewarded and Alowed to continue to cause Havoc to other's that are deemed Undesirable.

It is my strongest Belief that I am (A) Victim of "Retaliation", Due to my Civil Action 20-CV-1228 "Et.Al. Vs. Et.Al." That is why I am Being Fored to go to a day Room and when I Refuse my "Law Library" is denied And my Property is Confiscated. This Harassment is Vindictive and threatens my safety; As well As, inapporpriate unwelcome behavior that is sexual in Nature and is used to Intice me into Harms way

I Rodolfo Rodriguez declares under the Penalty of Perjury that I Am the Plaintiff in the Above Action And that the Information Contained Therein is True and Correct. This is A:

DECLARATION UNDER PENALTY OF PERJURY
28 U.S.C. SEC. 1746. 18 U.S.C. SEC. 1621

Rodolfo Rodriguez
47735-079

Inmate: Rodolfo Rodriguez   ID# 83172
Luna County Detention Center
1700 E. 4th Street
Deming, NM 88030

Legal Mail
[look]

TO: U.S. Court House
Suite 270
333 Lomas Blvd N.W.
A.B.Q. N.M. 87102

MITCHELL R. ELFERS
CLERK

RECEIVED
UNITED STATES DISTRICT
ALBUQUERQUE, NEW MEXICO
APR 27 2021

LUNA COUNTY DETENTION CENTER
ENTERED BY: Espinoza
DATE ENTERED: 4/23/21

EL PASO TX 798
RIO GRANDE DISTRICT
23 APR 2021 PM 2 L

87102-2274700

Barn Swallow
Earth Day
April 22nd 2021
FOREVER USA